IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-13663

ERRATA

_____

JOHNSON,

        Plaintiff-Appellee,

versus

3M COMPANY, et al.,

        Defendants,

WATER, LIGHT, AND SINKING FUND COMMISSION OF CITY OF DALTON,

        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

D.C. Docket No. 4:20-cv-00008-AT

_____

(January 2, 2023)

The opinion has been changed as follows:

    On page 10, "injunction relief" was changed to "injunctive relief"

    On page 15, "holding" was changed to "holdings"